**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 10, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00161-CV

---

### IN RE WILSON ROBERSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-01791**

---

## MEMORANDUM OPINION

On February 24, 2020, relator Wilson Roberson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to rule on relator's motion to proceed in forma pauperis.

On February 26, 2020, our court was provided with a signed order granting the motion to proceed in forma pauperis.

We therefore deny relator's petition for writ of mandamus as moot. Relator has also filed a motion to proceed as indigent, which we also deny as moot.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.